_____

No. 96-2333
_____

Janice Tackett, Individually and *
as Administratrix of the Estate     *
of Laurie Taffner,                  *
                                    *
          Appellant,                * Appeal from the United States
                                    * District Court for the
     v.                             * Western District of Arkansas.
                                    *
Farmers Insurance Company, Inc., *     [UNPUBLISHED]
                                    *
          Appellee.                 *


_____

          Submitted:  January 15, 1997

            Filed:  January 17, 1997
_____

Before BOWMAN, WOLLMAN, and BEAM, Circuit Judges.
_____

PER CURIAM.


     Janice Tackett appeals from the District Court's[1] order granting
summary judgment to Farmers Insurance Company in her breach of contract
action.  Having carefully reviewed the record and the parties' briefs, we
conclude that the district court's judgment was correct.  Accordingly, we
affirm.  See 8th Cir. R. 47B.

_____

     [1]The Honorable H. Franklin Waters, Chief Judge, United States
District Court for the Western District of Arkansas.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.